UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------
ROBERT KRYSPIN,

        Plaintiff,

       -against-

R. LAMONT MacNEIL, individually and as
Associate Dean for Dental Academic Affairs,
MARTIN LEVINBROOK, individually and as
Team Leader of the Dental Clinic,
THOMAS TAYLOR, individually and as
Chairman of the Academic Performance Committee,
JOSEPH GRASSO, individually and as
Associate Dean for Dental Clinical Affairs, and
PETER J. ROBINSON, individually and as
Dean of the School of Dental Medicine,

        Defendants.
---------------------------------------------------------------

Civil Action Number:
3:02CV783(WWE)

January 28, 2004

**PLAINTIFF'S MOTION FOR CONTINUANCE
OF DISMISSAL PURSUANT TO LOCAL RULE 41(a)**

Plaintiff respectfully requests a thirty day extension of time -- from February 2, 2004 until March 3, 2004 -- in which to file an explanation as to why this matter should not be dismissed. In support of this Motion, Plaintiff states as follows:

1. Plaintiff initially filed this matter on or about May 6, 2002.

2. Following written discovery, the parties participated in a settlement conference with Magistrate Holly B. Fitzsimmons on May 16, 2003.

3. At the conclusion of that session, the parties believed they had reached an agreement on terms to settle this matter.

**ORAL ARGUMENT IS NOT REQUESTED; TESTIMONY IS NOT REQUIRED**

4. Since that settlement conference, the parties have encountered difficulty finalizing the settlement.

5. In an effort to finalize the settlement, the parties have scheduled a follow-up session with Magistrate Fitzsimmons on February 20, 2004.

6. It is expected that the parties will reach a final resolution of the matter at that time. If that is not possible, the parties will develop a plan to make the matter trial ready.

7. This is the first such Motion for Continuance filed by the Plaintiff in connection with this matter.

8. Defense counsel was contacted today and he consents to this motion.

WHEREFORE, Plaintiffs respectfully request a thirty day extension of time, until March 3, 2004, within which to file an explanation as to why this matter should not be dismissed pursuant to Local Rule 41(a).

PLAINTIFF,

By
Craig T. Dickinson (ct18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
Phone: (860) 246-2466
Fax: (860) 246-1794

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid on January 28, 2004, to the following counsel of record:

William N. Kleinman
Assistant Attorney General
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06030

Craig T. Dickinson