34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------
ROBERT KRYSPIN,

                Plaintiff,

                -against-

R. LAMONT MacNEIL, individually and as
Associate Dean for Dental Academic Affairs,
MARTIN LEVINBROOK, individually and as
Team Leader of the Dental Clinic,
THOMAS TAYLOR, individually and as
Chairman of the Academic Performance Committee,
JOSEPH GRASSO, individually and as
Associate Dean for Dental Clinical Affairs, and
PETER J. ROBINSON, individually and as
Dean of the School of Dental Medicine,

                Defendants.
----------------------------------------------------------------

: Civil Action Number
: 3:02CV783(WWE)

: January 28, 2004

Motion GRANTED 2-9-04
WARREN W. EGINTON
Senior United States District Judge

**PLAINTIFF'S MOTION FOR CONTINUANCE
OF DISMISSAL PURSUANT TO LOCAL RULE 41(a)**

Plaintiff respectfully requests a thirty day extension of time – from February 2, 2004 until March 3, 2004 -- in which to file an explanation as to why this matter should not be dismissed. In support of this Motion, Plaintiff states as follows:

1. Plaintiff initially filed this matter on or about May 6, 2002.

2. Following written discovery, the parties participated in a settlement conference with Magistrate Holly B. Fitzsimmons on May 16, 2003.

3. At the conclusion of that session, the parties believed they had reached an agreement on terms to settle this matter.

**ORAL ARGUMENT IS NOT REQUESTED; TESTIMONY IS NOT REQUIRED**