UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 18 P 12: 06

US DISTRICT COURT
BRIDGEPORT, CONN

ROBERT KRYSPIN
v.

R. LAMONT MAC NEIL, MARTIN LEVINBROOK
THOMAS TAYLOR, JOSEPH GRASSO, PETER ROBINSON

3:02CV783(WWE)

## JUDGMENT

On March 29, 2004, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before April 29th, 2004. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 18th day of May, 2004.

KEVIN F. ROWE, Clerk

By *Rosalie A. Krycik*
Deputy Clerk

Entered on Docket _____