UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ROBERT KRYSPIN, | : |
| Plaintiff | : |
| -against- | : Civil Action Number:<br>: 3: 02 CV 783 (WWE) |
| R. LAMONT MacNEIL, individually and as<br>Associate Dean for Dental Academic Affairs,<br>MARTIN LEVINBROOK, individually and as<br>Team Leader of the Dental Clinic,<br>THOMAS TAYLOR, individually and as<br>Chairman of the Academic Performance Committee,<br>JOSEPH GRASSO, individually and as<br>Associate Dean for Dental Clinical Affairs, and<br>PETER J. ROBINSON, individually and as<br>Dean of the School of Dental Medicine. | : August 5, 2004 |
| Defendants | : |

---

## MOTION FOR PERMISSION TO WITHDRAW
## AS COUNSEL FOR THE PLAINTIFF

Pursuant to Rule 15 of the Local Rules of this Court, and Rule 1.16(b) of the Connecticut Rules of Professional Conduct, the following lawyers of Madsen, Prestley & Parenteau, LLC. move for permission to withdraw their appearances for the Plaintiff in the above captioned matter: Jacques Parenteau and Craig T. Dickinson.

This honorable Court should grant this request under the general concepts of Rule 1.16(b) because withdrawal of the undersigned counsel can be accomplished without material adverse effect to the Plaintiff or the litigation. Moreover, the undersigned counsel believes that grounds for withdrawal exist under subsections (3), (5) and (6) of Rule 1.16(b). For reasons we are prepared to discuss *ex parte* and *in camera*, we believe it is necessary for us to withdraw from representing the Plaintiff.

Due to concern for attorney-client confidentiality, we respectfully request that any discussion regarding these issues be conducted on the record, in chambers, and the record of those discussions be sealed. We also respectfully request that this matter be referred to Magistrate Holly B. Fitzsimmons, who has conducted two settlement conferences in connection with this matter.

PLAINTIFF Robert Kryspin

By_____
Craig T. Dickinson (CT18053)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue – Suite 201
Hartford, CT 06106
(860)246-2466
Her Attorneys

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail to the following counsel of record on this 5th day of August, 2004:

William N. Kleinman
Assistant Attorney General
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06030

I further certify that a copy of the foregoing was sent via certified mail on this 5th day of August 2004 to:

Mr. Robert Kryspin
4521 North Rome Avenue – Apt I 200
Tampa. FL 33603

_____
Craig T. Dickinson