UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

ROBERT KRYSPIN, :
:
   Plaintiff :
: Civil Action Number
  -against- : 3: 02 CV 783 (WWE)
:
R. LAMONT MacNEIL, individually and as :
Associate Dean for Dental Academic Affairs, : August 5, 2004
MARTIN LEVINBROOK, individually and as :
Team Leader of the Dental Clinic, :
THOMAS TAYLOR, individually and as :
Chairman of the Academic Performance Committee, :
JOSEPH GRASSO, individually and as :
Associate Dean for Dental Clinical Affairs, and :
PETER J. ROBINSON, individually and as :
Dean of the School of Dental Medicine. :
:
   Defendants :

---

**AFFIRMATION IN SUPPORT OF
MOTION TO FOR PERMISSION TO WITHDRAW
AS COUNSEL FOR THE PLAINTIFF**

  CRAIG T. DICKINSON, an attorney duly admitted to practice before this Court, hereby affirms under penalty of perjury that the following statement is true:

  1. I am an associate with Madsen, Prestley & Parenteau, LLC. attorneys for Plaintiff herein. I submit this affirmation in support of Madsen, Prestley & Parenteau's motion for permission to withdraw as counsel for Plaintiff.

  2. Since we commenced this action on behalf of the Plaintiff we have exchanged initial discovery responses and participated in two settlement conferences with the Hon. Holly B. Fitzsimmons.

  3. For reasons we are prepared to discuss *ex parte* and *in camera*, we believe it is necessary for us to be relieved from representing the Plaintiff. We request that any

discussion regarding these issues be conducted on the record, in chambers, and the record of those discussions be sealed.

4. Actual notice of this motion shall be sent to the Plaintiff, Robert Kryspin, via certified mail with a cover letter. That letter advises Mr. Kryspin that if the Court finds good cause exists to permit us to withdraw our appearance, the Court may grant our motion for permission to withdraw from representing him in this matter. It further advises her that if he fails to engage successor counsel or file a *pro se* appearance, the Court may dismiss the case or enter a default against her.

WHEREFORE it is respectfully submitted that Madsen, Prestley & Parenteau's motion for permission to withdraw as Plaintiff's counsel should be granted.

Dated: Hartford, Connecticut
August 4, 2004

_____
CRAIG T. DICKINSON

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail to the following counsel of record on this 5th day of August, 2004:

William N. Kleinman
Assistant Attorney General
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06030

I further certify that a copy of the foregoing was sent via certified mail on this 5th day of August 2004 to:

Mr. Robert Kryspin
4521 North Rome Avenue – Apt I 200
Tampa. FL 33603

_____
Craig T. Dickinson