# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

--------------------------------------------------------------- :

ROBERT KRYSPIN, :

        **Plaintiff** :

        -against- : Civil Action Number:
: 3: 02 CV 783 (WWE)

R. LAMONT MacNEIL, individually and as :
Associate Dean for Dental Academic Affairs, :
MARTIN LEVINBROOK, individually and as : August 5, 2004
Team Leader of the Dental Clinic, :
THOMAS TAYLOR, individually and as :
Chairman of the Academic Performance Committee, :
JOSEPH GRASSO, individually and as :
Associate Dean for Dental Clinical Affairs, and :
PETER J. ROBINSON, individually and as :
Dean of the School of Dental Medicine. :
:
        **Defendants** :

--------------------------------------------------------------- :

## MOTION FOR PERMISSION TO WITHDRAW
## AS COUNSEL FOR THE PLAINTIFF

Pursuant to Rule 15 of the Local Rules of this Court, and Rule 1.16(b) of the

Connecticut Rules of Professional Conduct, the following lawyers of Madsen, Prestley &

Parenteau, LLC. move for permission to withdraw their appearances for the Plaintiff in

the above captioned matter: Jacques Parenteau and Craig T. Dickinson.

        This honorable Court should grant this request under the general concepts of Rule

1.16(b) because withdrawal of the undersigned counsel can be accomplished without

material adverse effect to the Plaintiff or the litigation. Moreover, the undersigned

counsel believes that grounds for withdrawal exist under subsections (3), (5) and (6) of

Rule 1.16(b). For reasons we are prepared to discuss *ex parte* and *in camera*, we believe

it is necessary for us to withdraw from representing the Plaintiff.

Motion GRANTED

WARREN W. EGINTON
Senior United States District Judge 8/11/04